ROBERT J. HANNA, Bar No. 66105
robert.hanna@bbklaw.com
SETH MEREWITZ, Bar No. 195982
seth.merewitz@bbklaw.com
MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
Best Best & Krieger LLP
655 West Broadway, 15th Floor
San Diego, CA 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Plaintiff
DIMENSION PROPERTIES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMENSION PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>and CITY OF SACRAMENTO,<br><br>Defendants. | Case No. 2:18-CV-01865-MCE-CKD<br>Judge: Hon. Morrison C. England, Jr.<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND COMPLETE RULE 26(f) CONFERENCE; ORDER THEREON<br><br>Complaint Filed: July 2, 2018 |

## **RECITALS**

WHEREAS, on July 2, 2018, Plaintiff Dimension Properties, LLC ("Dimension") commenced the above-captioned action by filing a Complaint for Declaratory Relief and to Quiet Title ("Complaint") against Defendants United States of America ("United States") and City of Sacramento ("City"). (Doc. 1.)

WHEREAS, upon filing of the Complaint, the Court issued an Initial Pretrial Scheduling Order, which, among other items, directed the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan within sixty (60) days of service of the Complaint. (Doc. 4 at 2:14-16.)

WHEREAS, on July 26, 2018, the City filed a Disclaimer of Interest in response to the Complaint. (Doc. 5.)

WHEREAS, based on a service date of July 18, 2018, (Doc. 6), the United States currently has until September 17, 2018, to respond to the Complaint pursuant to Federal Rule of Civil Procedure 12(a)(2).

WHEREAS, since early August 2018, respective counsel for Dimension and the United States have been meeting and conferring regarding the action and intend to continue doing so in an attempt to reach an amicable resolution of this matter.

WHEREAS, in light of the foregoing meet and confer efforts, Dimension and the United States agree (1) that the time for the United States to respond to the Complaint should be extended sixty (60) days, from September 17, 2018, to November 19, 2018, and (2) that the deadline for completing the Rule 26(f) conference set forth in the Initial Pretrial Scheduling Order be continued ninety (90) days, from September 17, 2018, to December 17, 2018.

///
///
///
///

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

1. IT IS HEREBY STIPULATED by and between Dimension, by and through its counsel of record, Robert J. Hanna, Seth Merewitz, and Matthew L. Green of Best Best & Krieger LLP, and the United States, by and through its counsel of record, Joseph B. Frueh, Assistant United States Attorney, (1) that the United States shall have until November 19, 2018, to respond to the Complaint in the above-captioned action, and (2) that the parties shall have until December 17, 2018, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

Dated: September 12, 2018  BEST BEST & KRIEGER LLP


By: /s/ Robert J. Hanna
    MATTHEW L. GREEN
    ROBERT J. HANNA
    SETH MEREWITZ
    Attorneys for Plaintiff
    DIMENSION PROPERTIES, LLC

Dated: September 12, 2018


By: /s/ Joseph B. Frueh (as authorized on 9/12/18)
    JOSEPH B. FRUEH
    Assistant United States Attorney
    Attorneys for Defendant
    UNITED STATES OF AMERICA

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

60441.00054\31444987.1 - 2 -

STIP. RE TIME TO RESPOND TO COMPL.
AND COMPLETE RULE 26(f) CONF.
2:18-CV-01865-MCE-CKD

**ORDER**

Pursuant to a stipulation of the parties, IT IS HEREBY ORDERED that:

1. The time for the United States to respond to the Complaint (ECF No. 1) is extended sixty (60) days, from September 17, 2018, to November 19, 2018. The United States shall have until and including November 19, 2018, to respond to the Complaint in the above-captioned action; and

2. The parties shall have until December 17, 2018, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

Dated: September 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101