ROBERT J. HANNA, Bar No. 66105
robert.hanna@bbklaw.com
SETH MEREWITZ, Bar No. 195982
seth.merewitz@bbklaw.com
MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
Best Best & Krieger LLP
655 West Broadway, 15th Floor
San Diego, CA 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Plaintiff
DIMENSION PROPERTIES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMENSION PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and CITY OF SACRAMENTO,<br><br>Defendants. | Case No. 2:18-CV-01865-MCE-CKD<br>Judge: Hon. Morrison C. England, Jr.<br><br>STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT AND COMPLETE RULE 26(f) CONFERENCE; ORDER THEREON<br><br>Complaint Filed: July 2, 2018 |

## RECITALS

WHEREAS, on July 2, 2018, Plaintiff Dimension Properties, LLC ("Dimension") commenced the above-captioned action by filing a Complaint for Declaratory Relief and to Quiet Title ("Complaint") against Defendants United States of America ("United States") and City of Sacramento ("City"). (Doc. 1.)

WHEREAS, upon filing of the Complaint, the Court issued an Initial Pretrial Scheduling Order, which, among other items, directed the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan within sixty (60) days of service of the Complaint. (Doc. 4 at 2:14-16.)

WHEREAS, on July 26, 2018, the City filed a Disclaimer of Interest in response to the Complaint. (Doc. 5.)

WHEREAS, based on a service date of July 18, 2018, (Doc. 6), the United States originally had until September 17, 2018, to respond to the Complaint pursuant to Federal Rule of Civil Procedure 12(a)(2).

WHEREAS, in early August 2018, respective counsel for Dimension and the United States began meeting and conferring regarding the action in an effort to reach an amicable resolution of this matter.

WHEREAS, in light of the foregoing meet and confer efforts, and upon a stipulation of the parties, the Court extended the time for the United States to respond to the Complaint by sixty (60) days to November 19, 2018, and extended the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) by ninety (90) days to December 17, 2018. (Doc. 8.)

WHEREAS, respective counsel for Dimension and the United States have continued to engage in discussions aimed at reaching an informal resolution of this matter, and they intend to continue doing so.

WHEREAS, in light of these ongoing settlement efforts, Dimension and the United States agree (1) that the time for the United States to respond to the Complaint should be further extended to January 22, 2019, and (2) that the deadline for the

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) be further continued to February 25, 2019.

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Dimension, by and through its counsel of record, Robert J. Hanna, Seth Merewitz, and Matthew L. Green of Best Best & Krieger LLP, and the United States, by and through its counsel of record, Joseph B. Frueh, Assistant United States Attorney, (1) that the United States shall have until January 22, 2019, to respond to the Complaint in the above-captioned action, and (2) that the parties shall have until February 25, 2019, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

Dated: November 14, 2018    BEST BEST & KRIEGER LLP

By: /s/ Robert J. Hanna
ROBERT J. HANNA
SETH MEREWITZ
MATTHEW L. GREEN
Attorneys for Plaintiff
DIMENSION PROPERTIES, LLC

Dated: November 14, 2018

By: /s/ Joseph B. Frueh (as authorized on 11/14/18)
JOSEPH B. FRUEH
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

# ORDER

Pursuant to the stipulation between the parties (ECF No. 9), the United States shall have until **January 22, 2019** to respond to the Complaint in the above-captioned action, and the parties shall have until **February 25, 2019** to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

Dated: November 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE