ROBERT J. HANNA, Bar No. 66105
robert.hanna@bbklaw.com
SETH MEREWITZ, Bar No. 195982
seth.merewitz@bbklaw.com
MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
Best Best & Krieger LLP
655 West Broadway, 15th Floor
San Diego, CA 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Plaintiff
DIMENSION PROPERTIES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMENSION PROPERTIES, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>and CITY OF SACRAMENTO,<br><br>　　　　　　　Defendants. | Case No. 2:18-CV-01865-MCE-CKD<br>Judge: Hon. Morrison C. England, Jr.<br><br>STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT AND COMPLETE RULE 26(f) CONFERENCE; ORDER THEREON<br><br>Complaint Filed: July 2, 2018 |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

# RECITALS

WHEREAS, on July 2, 2018, Plaintiff Dimension Properties, LLC ("Dimension") commenced the above-captioned action by filing a Complaint for Declaratory Relief and to Quiet Title ("Complaint") against Defendants United States of America ("United States") and City of Sacramento ("City"). (ECF No. 1.)

WHEREAS, upon filing of the Complaint, the Court issued an Initial Pretrial Scheduling Order, which, among other items, directed the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan within sixty (60) days of service of the Complaint. (ECF No. 4 at 2:14-16.)

WHEREAS, on July 26, 2018, the City filed a Disclaimer of Interest in response to the Complaint. (ECF No. 5.)

WHEREAS, since early August 2018, respective counsel for Dimension and the United States have been meeting and conferring regarding the action in an effort to reach an amicable resolution of this matter.

WHEREAS, in light of the parties' settlement efforts, and upon the stipulations of the parties, the Court extended the time for the United States to respond to the Complaint to January 22, 2019, and continued the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) to February 25, 2019. (ECF Nos. 8, 10.)

WHEREAS, respective counsel for Dimension and the United States intend to continue engaging in discussions and efforts aimed at reaching an informal resolution of this matter, which now include, but are not limited to, potential legislative efforts that will moot the action.

/ / /

/ / /

/ / /

/ / /

WHEREAS, in light of these ongoing settlement efforts, Dimension and the

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

1  United States agree (1) that the time for the United States to respond to the Complaint
2  should be further extended to May 21, 2019, and (2) that the deadline for the parties
3  to meet and confer as required by Federal Rule of Civil Procedure 26(f) should be
4  further continued to June 24, 2019.

## STIPULATION

IT IS HEREBY STIPULATED by and between Dimension, by and through its counsel of record, Robert J. Hanna, Seth Merewitz, and Matthew L. Green of Best Best & Krieger LLP, and the United States, by and through its counsel of record, Joseph B. Frueh, Assistant United States Attorney, (1) that the United States shall have until **May 21, 2019**, to respond to the Complaint in the above-captioned action, and (2) that the parties shall have until **June 24, 2019**, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

Dated: January 15, 2019      BEST BEST & KRIEGER LLP

By: /s/ Robert J. Hanna
    ROBERT J. HANNA
    SETH MEREWITZ
    MATTHEW L. GREEN
    Attorneys for Plaintiff
    DIMENSION PROPERTIES, LLC

Dated: January 15, 2019

By: /s/ Joseph B. Frueh (as authorized on 1/14/19)
    JOSEPH B. FRUEH
    Assistant United States Attorney
    Attorneys for Defendant
    UNITED STATES OF AMERICA

## ORDER

Pursuant to the stipulation between the parties, (ECF No. 12), the United States shall have until **May 21, 2019**, to respond to the Complaint in the above-captioned action, and (2) the parties shall have until **June 24, 2019**, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE