1  ROBERT J. HANNA, Bar No. 66105
   robert.hanna@bbklaw.com
2  SETH MEREWITZ, Bar No. 195982
   seth.merewitz@bbklaw.com
3  MATTHEW L. GREEN, Bar No. 227904
   matthew.green@bbklaw.com
4  Best Best & Krieger LLP
   655 West Broadway, 15th Floor
5  San Diego, CA 92101
   Telephone: (619) 525-1300
6  Facsimile: (619) 233-6118

7  Attorneys for Plaintiff
   DIMENSION PROPERTIES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| DIMENSION PROPERTIES, LLC, | Case No. 2:18-cv-01865-MCE-CKD |
|---|---|
| Plaintiff, | Judge: Hon. Morrison C. England, Jr. |
| v. | STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT AND COMPLETE RULE 26(f) CONFERENCE; ORDER THEREON |
| UNITED STATES OF AMERICA; and CITY OF SACRAMENTO, | |
| Defendants. | Complaint Filed: July 2, 2018 |

## RECITALS

WHEREAS, on July 2, 2018, Plaintiff Dimension Properties, LLC ("Dimension") commenced the above-captioned action by filing a Complaint for Declaratory Relief and to Quiet Title ("Complaint") against Defendants United States of America ("United States") and City of Sacramento ("City"). (ECF No. 1.)

WHEREAS, upon filing of the Complaint, the Court issued an Initial Pretrial Scheduling Order, which, among other items, directed the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan within sixty (60) days of service of the Complaint. (ECF No. 4 at 2:14-16.)

WHEREAS, on July 26, 2018, the City filed a Disclaimer of Interest in response to the Complaint. (ECF No. 5.)

WHEREAS, since early August 2018, respective counsel for Dimension and the United States have been meeting and conferring regarding the action in an effort to reach an amicable resolution of this matter, which has included, but not been limited to, potential legislative efforts that will moot the action.

WHEREAS, in light of the parties' settlement efforts, and upon the stipulations of the parties, the Court extended the time for the United States to respond to the Complaint to May 21, 2019, and continued the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) to June 24, 2019. (ECF Nos. 8, 10, 13.)

WHEREAS, the discussions and efforts aimed at reaching an informal resolution of this matter, including, but not limited to, potential legislation that will moot the action, remain ongoing.

WHEREAS, in light of these ongoing settlement efforts, Dimension and the United States agree (1) that the time for the United States to respond to the Complaint should be further extended to September 23, 2019, and (2) that the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) should be further continued to October 28, 2019.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Dimension, by and through its counsel of record, Robert J. Hanna, Seth Merewitz, and Matthew L. Green of Best Best & Krieger LLP, and the United States, by and through its counsel of record, Joseph B. Frueh, Assistant United States Attorney, (1) that the United States shall have until **September 23, 2019**, to respond to the Complaint in the above-captioned action, and (2) that the parties shall have until **October 28, 2019**, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

Dated: May 15, 2019     BEST BEST & KRIEGER LLP

By: /s/ Robert J. Hanna
    ROBERT J. HANNA
    SETH MEREWITZ
    MATTHEW L. GREEN
    Attorneys for Plaintiff
    DIMENSION PROPERTIES, LLC

Dated: May 13, 2019

By: /s/ Joseph B. Frueh (as authorized on 5/13/19)
    JOSEPH B. FRUEH
    Assistant United States Attorney
    Attorneys for Defendant
    UNITED STATES OF AMERICA

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

# ORDER

Pursuant to the stipulation between the parties, (ECF No. 15), the United States shall have until **September 23, 2019**, to respond to the Complaint in the above-captioned action, and (2) the parties shall have until **October 28, 2019**, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

Dated: May 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE