| | |
|---|---|
| 1 | ROBERT J. HANNA, Bar No. 66105 |
| | robert.hanna@bbklaw.com |
| 2 | SETH MEREWITZ, Bar No. 195982 |
| | seth.merewitz@bbklaw.com |
| 3 | MATTHEW L. GREEN, Bar No. 227904 |
| | matthew.green@bbklaw.com |
| 4 | Best Best & Krieger LLP |
| | 655 West Broadway, 15th Floor |
| 5 | San Diego, CA 92101 |
| | Telephone: (619) 525-1300 |
| 6 | Facsimile: (619) 233-6118 |

Attorneys for Plaintiff
DIMENSION PROPERTIES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMENSION PROPERTIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; and CITY OF SACRAMENTO, <br><br> Defendants. | Case No. 2:18-CV-01865-MCE-CKD <br> Judge: Hon. Morrison C. England, Jr. <br><br> STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT AND COMPLETE RULE 26(f) CONFERENCE; ORDER THEREON <br><br> Complaint Filed: July 2, 2018 |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

## **RECITALS**

WHEREAS, on July 2, 2018, Plaintiff Dimension Properties, LLC ("Dimension") commenced the above-captioned action by filing a Complaint for Declaratory Relief and to Quiet Title ("Complaint") against Defendants United States of America ("United States") and City of Sacramento ("City"). (ECF No. 1.)

WHEREAS, upon filing of the Complaint, the Court issued an Initial Pretrial Scheduling Order, which, among other items, directed the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan within sixty (60) days of service of the Complaint. (ECF No. 4 at 2:14-16.)

WHEREAS, on July 26, 2018, the City filed a Disclaimer of Interest in response to the Complaint. (ECF No. 5.)

WHEREAS, since early August 2018, respective counsel for Dimension and the United States have been meeting and conferring regarding the action in an effort to reach an amicable resolution of this matter, which has included, but not been limited to, potential legislative efforts that will moot the action.

WHEREAS, in light of the parties' settlement efforts, and upon the stipulations of the parties, the Court extended the time for the United States to respond to the Complaint to September 23, 2019, and continued the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) to October 28, 2019. (ECF Nos. 8, 10, 13, 16.)

WHEREAS, the discussions and efforts aimed at reaching an informal resolution of this matter, namely potential legislation that will moot the action, have been steadily progressing, but remain ongoing.

WHEREAS, in light of these ongoing settlement efforts, Dimension and the United States agree (1) that the time for the United States to respond to the Complaint should be further extended to January 20, 2020, and (2) that the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) should be further continued to February 24, 2020.

60441.00054\32344396.1

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Dimension, by and through its counsel of record, Robert J. Hanna, Seth Merewitz, and Matthew L. Green of Best Best & Krieger LLP, and the United States, by and through its counsel of record, Joseph B. Frueh, Assistant United States Attorney, (1) that the United States shall have until **January 20, 2020**, to respond to the Complaint in the above-captioned action, and (2) that the parties shall have until **February 24, 2020**, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

Dated: September 17, 2019      BEST BEST & KRIEGER LLP


By: /s/ Robert J. Hanna
    ROBERT J. HANNA
    SETH MEREWITZ
    MATTHEW L. GREEN
    Attorneys for Plaintiff
    DIMENSION PROPERTIES, LLC

Dated: September 17, 2019


By: /s/ Joseph B. Frueh (as authorized on 9/17/19)
    JOSEPH B. FRUEH
    Assistant United States Attorney
    Attorneys for Defendant
    UNITED STATES OF AMERICA

60441.00054\32344396.1

# **ORDER**

Pursuant to the parties' stipulation (ECF No. 17), the United States shall have until **January 20, 2020**, to respond to the Complaint in the above-captioned action, and the parties shall have until **February 24, 2020**, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

Dated: September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE