ROBERT J. HANNA, Bar No. 66105
robert.hanna@bbklaw.com
SETH MEREWITZ, Bar No. 195982
seth.merewitz@bbklaw.com
MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Plaintiff
DIMENSION PROPERTIES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMENSION PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and CITY OF SACRAMENTO,<br><br>Defendants. | Case No. 2:18-CV-01865-MCE-CKD<br>Judge: Hon. Morrison C. England, Jr.<br><br>STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT AND COMPLETE RULE 26(f) CONFERENCE; ORDER THEREON<br><br>Complaint Filed: July 2, 2018 |

## RECITALS

WHEREAS, on July 2, 2018, Plaintiff Dimension Properties, LLC ("Dimension") commenced the above-captioned action by filing a Complaint for Declaratory Relief and to Quiet Title ("Complaint") against Defendants United States of America ("United States") and City of Sacramento ("City"). (ECF No. 1.)

WHEREAS, upon filing of the Complaint, the Court issued an Initial Pretrial Scheduling Order, which, among other items, directed the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan within sixty (60) days of service of the Complaint. (ECF No. 4 at 2:14-16.)

WHEREAS, on July 26, 2018, the City filed a Disclaimer of Interest in response to the Complaint. (ECF No. 5.)

WHEREAS, since early August 2018, respective counsel for Dimension and the United States have been meeting and conferring regarding the action in an effort to reach an amicable resolution of this matter.

WHEREAS, in light of the parties' settlement efforts, and upon the stipulations of the parties, the Court extended the time for the United States to respond to the Complaint to January 20, 2020, and continued the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) to February 24, 2020. (ECF Nos. 8, 10, 13, 16, 18.)

WHEREAS, the discussions and efforts aimed at reaching an informal resolution of this matter, namely legislation that will moot the action, continue to progress, but remain ongoing.

WHEREAS, in light of these ongoing settlement efforts, Dimension and the United States agree (1) that the time for the United States to respond to the Complaint should be further extended to May 18, 2020, and (2) that the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) should be further continued to June 22, 2020.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Dimension, by and through its counsel of record, Robert J. Hanna, Seth Merewitz, and Matthew L. Green of Best Best & Krieger LLP, and the United States, by and through its counsel of record, Joseph B. Frueh, Assistant United States Attorney, (1) that the United States shall have until **May 18, 2020**, to respond to the Complaint in the above-captioned action, and (2) that the parties shall have until **June 22, 2020**, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

Dated: January 10, 2020     BEST BEST & KRIEGER LLP

By: /s/ Robert J. Hanna
    ROBERT J. HANNA
    SETH MEREWITZ
    MATTHEW L. GREEN
    Attorneys for Plaintiff
    DIMENSION PROPERTIES, LLC

Dated: January 10, 2020

By: /s/ Joseph B. Frueh (as authorized on 1/10/20)
    JOSEPH B. FRUEH
    Assistant United States Attorney
    Attorneys for Defendant
    UNITED STATES OF AMERICA

# **ORDER**

Pursuant to the stipulation between the parties, (ECF No. 17), the United States shall have until **May 18, 2020**, to respond to the Complaint in the above-captioned action, and (2) the parties shall have until **June 22, 2020**, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

Dated: February 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101