1  SETH MEREWITZ, Bar No. 195982
   seth.merewitz@bbklaw.com
2  MATTHEW L. GREEN, Bar No. 227904
   matthew.green@bbklaw.com
3  BEST BEST & KRIEGER LLP
   655 West Broadway, 15th Floor
4  San Diego, CA  92101
   Telephone:  (619) 525-1300
5  Facsimile:  (619) 233-6118

6  Attorneys for Plaintiff
   DIMENSION PROPERTIES, LLC
7

8               UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | DIMENSION PROPERTIES, LLC, | Case No.  2:18-CV-01865-MCE-CKD
12 |                            | Judge: Hon. Morrison C. England, Jr.
   |         Plaintiff,         |
13 |                            | STIPULATION TO FURTHER
   |    v.                      | EXTEND TIME TO RESPOND TO
14 |                            | COMPLAINT AND COMPLETE
   | UNITED STATES OF AMERICA;  | RULE 26(f) CONFERENCE; ORDER
15 | and CITY OF SACRAMENTO,    | THEREON
   |                            |
16 |         Defendants.        | Complaint Filed: July 2, 2018

---

# **RECITALS**

WHEREAS, on July 2, 2018, Plaintiff Dimension Properties, LLC ("Dimension") commenced the above-captioned action by filing a Complaint for Declaratory Relief and to Quiet Title ("Complaint") against Defendants United States of America ("United States") and City of Sacramento ("City"). (ECF No. 1.)

WHEREAS, in the Complaint, Dimension seeks declaratory relief regarding a railroad right of way established by the Pacific Railroad Act of 1862 that traverses real property owned by Dimension in the City of Sacramento, and seeks to quiet its title to the same.

WHEREAS, upon filing of the Complaint, the Court issued an Initial Pretrial Scheduling Order, which, among other items, directed the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan within sixty (60) days of service of the Complaint. (ECF No. 4 at 2:14-16.)

WHEREAS, on July 26, 2018, the City filed a Disclaimer of Interest in response to the Complaint. (ECF No. 5.)

WHEREAS, since August 2018, respective counsel for Dimension and the United States have been meeting and conferring regarding the action in an effort to reach an amicable resolution of this matter.

WHEREAS, in light of the parties' ongoing settlement efforts, and upon the stipulations of the parties, the Court extended the time for the United States to respond to the Complaint to January 24, 2022, and continued the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) to February 28, 2022. (ECF Nos. 8, 10, 13, 16, 18, 20, 22, 24, 26, 29, 31.)

WHEREAS, the parties' settlement discussions and efforts have been aimed at reaching a legislative resolution that will moot the action, but progress was significantly hampered as a result of the ongoing COVID-19 pandemic and its impact on Congress beginning in or about March 2020.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

60441.00054\34734034.1 — 2 — STIP. TO FURTHER EXTEND TIME
2:18-CV-01865-MCE-CKD

WHEREAS, proposed federal legislation that would moot the action continues to progress toward being introduced in Congress in the near future.

WHEREAS, in light of the parties' ongoing efforts to reach an informal resolution, and the continuing progress that has been made toward potential legislation, Dimension and the United States agree (1) that the time for the United States to respond to the Complaint should be further extended to May 23, 2022, and (2) that the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) should be further continued to June 27, 2022.

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Dimension, by and through its counsel of record, Seth Merewitz and Matthew L. Green of Best Best & Krieger LLP, and the United States, by and through its counsel of record, Joseph B. Frueh, Assistant United States Attorney, (1) that the United States shall have until **May 23, 2022**, to respond to the Complaint in the above-captioned action, and (2) that the parties shall have until **June 27, 2022**, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

Dated: January 20, 2022    BEST BEST & KRIEGER LLP

By: /s/ Matthew L. Green
SETH MEREWITZ
MATTHEW L. GREEN
Attorneys for Plaintiff
DIMENSION PROPERTIES, LLC

Dated: January 20, 2022

By: /s/ Joseph B. Frueh (as authorized on 1/20/22)
JOSEPH B. FRUEH
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

# ORDER

Pursuant to the stipulation between the parties, (ECF No. 32), the United States shall have until **May 23, 2022**, to respond to the Complaint in the above-captioned action, and (2) the parties shall have until **June 27, 2022**, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

Dated: January 26, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

60441.00054\34734034.1     - 4 -     STIP. TO FURTHER EXTEND TIME
2:18-CV-01865-MCE-CKD