SETH MEREWITZ, Bar No. 195982
seth.merewitz@bbklaw.com
MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Plaintiff
DIMENSION PROPERTIES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMENSION PROPERTIES, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>and CITY OF SACRAMENTO,<br><br>　　　　　　Defendants. | Case No. 2:18-CV-01865-MCE-CKD<br>Judge: Hon. Morrison C. England, Jr.<br><br>STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT AND COMPLETE RULE 26(f) CONFERENCE; ORDER THEREON<br><br>Complaint Filed: July 2, 2018 |

- 1 -

STIP. TO FURTHER EXTEND TIME
2:18-CV-01865-MCE-CKD

60441.00054\40960352.1

# RECITALS

WHEREAS, on July 2, 2018, Plaintiff Dimension Properties, LLC ("Dimension") commenced the above-captioned action by filing a Complaint for Declaratory Relief and to Quiet Title ("Complaint") against Defendants United States of America ("United States") and City of Sacramento ("City"). (ECF No. 1.)

WHEREAS, in the Complaint, Dimension seeks declaratory relief regarding a railroad right of way established by the Pacific Railroad Act of 1862 that traverses real property owned by Dimension in the City of Sacramento, and seeks to quiet its title to the same.

WHEREAS, upon filing of the Complaint, the Court issued an Initial Pretrial Scheduling Order, which, among other items, directed the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan within sixty (60) days of service of the Complaint. (ECF No. 4 at 2:14-16.)

WHEREAS, on July 26, 2018, the City filed a Disclaimer of Interest in response to the Complaint. (ECF No. 5.)

WHEREAS, since August 2018, respective counsel for Dimension and the United States have been meeting and conferring regarding the action in an effort to reach an amicable resolution of this matter.

WHEREAS, in light of the parties' ongoing settlement efforts, and upon the stipulations of the parties, the Court extended the time for the United States to respond to the Complaint to January 23, 2023, and continued the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) to March 6, 2023. (ECF Nos. 8, 10, 13, 16, 18, 20, 22, 24, 26, 29, 31, 33, 35, 37.)

WHEREAS, the parties' settlement discussions and efforts are aimed at reaching a legislative resolution that will moot the action, but progress was significantly hampered as a result of the ongoing COVID-19 pandemic and its impact on Congress beginning in or about March 2020.

///

WHEREAS, proposed federal legislation that would moot the action continues to progress toward being introduced in Congress in the near future.

WHEREAS, in light of the parties' ongoing efforts to reach an informal resolution, and the continuing progress that has been made toward potential legislation, Dimension and the United States agree (1) that the time for the United States to respond to the Complaint should be further extended to June 5, 2023, and (2) that the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) should be further continued to July 17, 2023.

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Dimension, by and through its counsel of record, Seth Merewitz and Matthew L. Green of Best Best & Krieger LLP, and the United States, by and through its counsel of record, Joseph B. Frueh, Assistant United States Attorney, (1) that the United States shall have until **June 5, 2023**, to respond to the Complaint in the above-captioned action, and (2) that the parties shall have until **July 17, 2023**, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

Dated: January 13, 2023   BEST BEST & KRIEGER LLP

By: /s/ Matthew L. Green
SETH MEREWITZ
MATTHEW L. GREEN
Attorneys for Plaintiff
DIMENSION PROPERTIES, LLC

Dated: January 13, 2023

By: /s/ Joseph B. Frueh (authorized on 1/12/23)
JOSEPH B. FRUEH
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

# ORDER

Pursuant to the stipulation between the parties, (ECF No. 38), the United States shall have until **June 5, 2023**, to respond to the Complaint in the above-captioned action, and (2) the parties shall have until **July 17, 2023**, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

DATED: January 17, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

- 4 -

STIP. TO FURTHER EXTEND TIME
2:18-CV-01865-MCE-CKD

60441.00054\40960352.1